# United States of America
## United States Patent and Trademark Office

# MULTI RADIANCE

**Reg. No. 3,880,197**  
**Registered Nov. 23, 2010**

MEDICAL QUANT USA, INC. (OHIO CORPORATION), DBA MULTI RADIANCE MEDICAL,
6565 COCHRAN ROAD
SOLON, OH 44139

**Int. Cl.: 10**

FOR: LIGHT-BASED MEDICAL DEVICES, NAMELY, DEVICES USING LOW LEVEL LASERS, LIGHT EMITTING DIODES, INFRARED LIGHT AND PULSED LIGHT FOR TREATING DISEASES AND PROVIDING THERAPEUTIC APPLICATIONS, NAMELY, MUSCLE, SKELETAL, NERVE AND SKIN THERAPIES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 5-1-2007; IN COMMERCE 5-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-149,806, FILED 4-5-2007.

CHRISTINE COOPER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**EXHIBIT 1**