|  | UNITED STATES PATENT AND TRADEMARK OFFICE<br>**Trademark Trial and Appeal Board**<br>**P.O. Box 1451**<br>**Alexandria, VA  22313-1451**<br>General Contact Number: 571-272-8500<br>General Email: TTABInfo@uspto.gov |
|---|---|

mbm

February 24, 2020

Opposition No. 91238434

*Medical Quant USA, Inc.*

*v.*

*Radiant Life Technologies*

**By the Trademark Trial and Appeal Board:**

On September 27, 2019, the Board issued an order suspending this proceeding to allow Applicant to obtain U.S. counsel and to establish representation by filing an entry of appearance through ESTTA. On October 28, 2019, Applicant field a response indicating that it did not intend to obtain U.S. counsel. 20 TTABVUE.

On November 8, 2019, Opposer filed a motion for judgment in light of Applicant's failure to obtain U.S. counsel. Applicant did not file a timely response thereto and the motion is therefore granted as conceded. *See* Trademark Rule 2.127(a).

Accordingly, judgment is entered against Applicant, the notice of opposition is sustained, and registration to Applicant is refused.

**EXHIBIT 3**