life-technologies.com/reps-and-agents/

ABOUT  TECHNOLOGIES  PRODUCTS  REPS AND AGENTS  SUPPORT

# Representatives and Agents

We have a growing family of Representatives and Agents worldwide. For more information, please contact the Representative or Agent closest to you. For other business inquiries, please email our Co-CEO, Onnik Merdinyan.

EUROPE  NORTH AMERICA  SOUTH AMERICA  ASIA  AFRICA

SHOW ALL REGIONS



**EXHIBIT 4**



radiant-life-technologies.com/reps-and-agents/

EUROPE    NORTH AMERICA    SOUTH AMERICA    ASIA    AFRICA

SHOW ALL REGIONS

Europe, Asia, Africa
**SOUTH AFRICA, INDIA & FRANCE**
Charles Mitchley – tel: +27 (0)72 021 9900

Europe, Asia
**RUSSIA**
Arzhan Surazakov – tel: +7 983 3291468

North America
**CANADA & USA**
Avrill Murrin – tel: +1 780 914 2190

North America
**CANADA & USA**
Gerrett Murrin – tel: +1 780 914 2190

North America
**USA (FLORIDA)**
Leslie Carmen – tel: +1 561-405-9577 (Carmen Care Laser, LLC)

South America
**CHILE**
Georg Beining – tel: +569 751 491 54

South America
**COLOMBIA**
Fabio Andrés Montoya – tel: +57 300 647 7777

Europe
**UKRAINE**
Maxim Mironenko – tel: +380 98 646 8747