IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Medical Quant USA, Inc., | ) CASE NO.:  1:21 cv 877 |
| | ) |
| Plaintiff(s) | ) JUDGE PATRICIA A. GAUGHAN |
| | ) |
| vs. | ) |
| | ) **PROPOSED] FINAL ORDER GRANTING THE MOTION OF PLAINTIFF MEDICAL QUANT USA, INC. D/B/A MULTI-RADIANCE FOR DEFAULT JUDGMENT AND ORDER OF PERMANENT INJUNCTION AND JUDGMENT AGAINST RADIANT LIFE TECHNOLOGIES, LTD** |
| Radiant Life Technologies Ltd., | ) |
| | ) |
| Defendant(s) | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Having considered Plaintiff, Medical Quant USA, Inc. dba Multi-Radiance's ("Multi-Radiance"), Motion for Default Judgment, the Memorandum in Support, the incorporated attachments, the declaration of Stephen H. Jett, the Complaint, and the entire record in this action, the Court hereby **ORDERS** as follows.

Defendant, Radiant Life Technologies, Ltd ("RL"), its directors, principals, officers, members, agents, servants, employees, representatives, successors, and assigns, and all those acting in concert, or participation with it, including, without limitation, its website provider, shall be and hereby are, **PERMANENTLY ENJOINED** and restrained from:

1. Imitating, copying or making any infringing use or infringing distribution of items protected by Multi-Radiance's registered trademarks, including but not limited to, the following Trademark Registration Number:

    a.  3,880,197 ("MULTI RADIANCE");

2. Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying, online or

1

otherwise, any item or thing bearing any reproduction, counterfeit, copy, or colorable imitation of any of Multi-Radiance's registered trademarks or service marks, including the Trademark Registration No. listed in Paragraph (1) above;

3. Using, online or otherwise, any simulation, reproduction, counterfeit, copy, or colorable imitation of Multi-Radiance's registered trademarks or service marks including Trademark Registration No. listed in Paragraph (1) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, or promotion of any item not authorized or licensed by Multi-Radiance;

4. Using, online or otherwise, any false designation or origin or false description which can or is likely to lead the trade, public, or individuals to erroneously believe that any item has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved or authorized by Multi-Radiance, when such is not in fact true;

5. Using, online or otherwise, the names, words, logos, or any other variation of any of Multi-Radiance's trademarks in any of RL's trade or corporate names, including the Trademark Registration No. listed in Paragraph (1) above;

6. Engaging in any other activity constituting the illegal distribution of any Multi-Radiance item or thing or the infringement of any of Multi-Radiance's trademarks, or Multi-Radiance's rights in or right to use or to exploit these trademarks, including the Trademark Registration No. listed in Paragraph (1) above; and

7. Assisting, aiding, or abetting, any other person or entity in engaging in or performing any of the prohibited activities mentioned in paragraphs (1) through (6) above.

The Court further **ORDERS** and enters the following **JUDGMENT** in favor of Multi-Radiance and against RL**:**

1. RL is liable to Multi-Radiance for willful trademark infringement under 15 U.S.C § 1114, as a result of its use in commerce of Multi-Radiance's trademark and imitating the following federally registered Trademark Number:

    a. 3,880,197 ("MULTI RADIANCE");

2. RL is liable to Multi-Radiance for unfair competition under 15 U.S.C § 1125;

3. RL is liable to Multi-Radiance for unfair competition under R.C 4165.02;

4. Judgement is hereby entered in favor of Multi-Radiance and against RL as follows:

    a. Statutory damages: $200,000.00

    b. Attorney Fees: $23,028.00

    c. Costs: $434.00

    d. Total: **$223,462.00**

5. This judgment shall accrue interest, compounded annually, in accordance with 28 U.S.C § 1961;

6. RL shall be permanently enjoined from further infringing any of Multi-Radiance's trademarks, including the Trademark identified in the first numbered Paragraph in this Order and Final Judgment.

**IT IS SO ORDERED**:

_____
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT COURT JUDGE

_____
DATE

CL2:523144_v1